**Dismissed and Opinion Filed May 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01428-CV

### CHAD BROZOVICH, Appellant
### V.
### GLEN A. BELLINGER, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12052**

## MEMORANDUM OPINION NUNC PRO TUNC

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

The clerk's record in this case is overdue. By letter dated December 3, 2014, we informed appellant that the Dallas County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without payment of costs. We cautioned appellant that if appellant did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


141428F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE

# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT NUNC PRO TUNC

CHAD BROZOVICH, Appellant

No. 05-14-01428-CV      V.

GLEN A. BELLINGER, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-12052.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill
participating.

In accordance with this Court's opinion nunc pro tunc of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellee GLEN A. BELLINGER recover his costs of this appeal
from appellant CHAD BROZOVICH.


Judgment entered May 29, 2015.

–3–